ALCOCK & ASSOCIATES, P.C.
David K. Le Lievre (Bar No. 031509)
2 N. Central Ave., 26th Floor
Phoenix, Arizona 85004
Telephone: (602) 404-6000
dlelievre@alcocklaw.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States Of America, | Case No: 2:19-CR-00914 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Ana Aurelia Barraza, | (Client out of Custody) |
| Defendant. | |

Defendant Ana Aurelia Barraza, by and through undersigned counsel, hereby submits her Sentencing Memorandum in anticipation of the Sentencing hearing set for March 11, 2020 at 10:30 a.m.

### I.    Facts of the Case

Defendant was indicted on two counts arising from an incident on July 7, 2019: Possession with Intent to Distribute Methamphetamine and Importation of Methamphetamine. Ms. Barraza was asked to transport contraband hidden in her vehicle from Mexico to the United States. She was going to be paid a few thousand dollars for her participation. She did not know what drugs she was transporting at the time of the offense.

On February 19, 2020, Ms. Barraza pled to Count 1 of the indictment, in which she knowingly possessed 50 grams or more of methamphetamine. Sentencing has been pushed back several times due to Covid and Ms. Barraza's pregnancy.

## II.     Sentencing Guidelines

The Defendant's Offense Level begins at 36, given the nature and amount of contraband in question. Her offense level **decreases 3 levels** because she qualifies for a mitigating role adjustment. Ms. Barraza's base offense level further **decreases three levels** pursuant to 3E1.1(a) and (b)(acceptance of responsibility). The offense level decreases another **two levels** pursuant to Ms. Barraza's safety valve eligibility. The offense level **decreases four levels** due to the Government's early disposition program. This would place Ms. Barraza at an **offense level of 24** *before* assessing a mitigating role adjustment.

### A. Mitigated Role Adjustment

1. Pursuant to U.S.S.G. §3B1.2, based on the defendant's role in the offense, an offense level may be decreased as follows: (a) If the defendant was a minimal participant in any criminal activity, decrease by 4 levels. (b) If the defendant was a minor participant in any criminal activity, decrease by 2 levels. If the case falls between (a) and (b), decrease by 3 levels. The factual analysis for mitigated roles is as follows:

   a. The degree to which the defendant understood the scope and structure of the criminal activity: Ms. Barraza was simply a pawn

1

2 in a bigger operation. She had no knowledge of the extent of the

3 criminal enterprise She did not know what drugs were in the

 vehicle she was driving.

4 b. the degree to which the defendant participated in planning or

5 organizing the criminal activity: Ms. Barraza was only told to

6 drive to and from a certain location. She did not participate in the

7 organization of this crime, only playing a small role in

8 facilitating it.

9 c. the degree to which the defendant exercised decision-making

10 authority or influenced the exercise of decision-making authority:

11 Ms. Barraza did not have any influence over decision-making.

12 d. the nature and extent of the defendant's participation in the

13 commission of the criminal activity, including the acts the

14 defendant performed and the responsibility and discretion the

15 defendant had in performing those acts: The Defendant was

16 simply used as a mule to transport an unknown quantity of an

17 unknown drug from point A to point B.

18 e. the degree to which the defendant stood to benefit from the

19 criminal activity: The Defendant was told she would be

20 compensated for her participation. It seems she was going to be

21 paid a few thousand dollars.

22

23

1    Given the above, undersigned counsel believes that Ms.

2    Barraza's participation was minimal. A **4-level reduction** is

3    requested.

4    B. Final Guideline Offense Level

5    Given the above, Defense has calculated an **offense level of 20** in Criminal

6    History Category I. The guideline range is **33-41 months**.

7    **III.    Mitigating Factors**

8    A. Acceptance of Responsibility

9    Acceptance of responsibility means more in some cases than others. Certainly, Ms.

10   Barraza's acceptance of responsibility in the present case demonstrates a willingness to

11   pay for her wrongdoings and make amends to society. A possible lengthy prison sentence

12   did not deter Ms. Barraza from entering this plea.

13   B. Defendant's Lack of Criminal History

14   Ms. Barraza has no prior felony convictions. Her criminal history consists of a few

15   non-violent misdemeanors.

16   C. Non-Violent Offense

17   It is worth noting that the present offense is non-violent in nature.

18   D. Defendant's Family Support

19   Ms. Barraza enjoys tremendous family support. Specifically, her mother and aunt

20   have been a great help to her. While Ms. Barraza was getting clean and sober, her mother

21   Rosa cared for her child. Attached are character letters which demonstrate the support

22

23

4

1   Ms. Barraza has from the community. **Exhibit 1**. Undersigned counsel has also attached
2   some family photos. **Exhibit 2**.

3               E.   Defendant's Dependants

4       Ms. Barraza has two minor children: Daisy, 4, and Giana, who was just born in
5   November 2020.

6               F.   Substance Abuse

7       Ms. Barraza is recovering from a horrific substance abuse problem. The amount of
8   fentanyl Ms. Barraza was consuming at the time of this offense was astounding. She
9   advised probation that she was taking 25 pills per day. When a single pill is enough to kill
10  anyone, it is a miracle that Ms. Barraza is alive and thriving today.

11              G.   Mental Health Treatment

12      As evidenced by the attached letter from Southwest Behavioral, **Exhibit 3**, Ms.
13  Barraza has been to counseling regularly since August 2019. Her counselor notes that his
14  letter "attests to Ana's participation to her treatment program…and significant progress
15  in the community."

16              H.   Substance Abuse Treatment

17      Aside from her mental health counseling, Ms. Barraza has also participating in
18  intense substance abuse treatment program through Crossroads. Ms. Barraza's case
19  manager, Ms. Jenna Gardner, wrote a glowing letter in support of Ms. Barraza. **Exhibit 4**.
20  She notes that Ms. Barraza has been in the program since August 7, 2019; first
21  completing the 120 day in-patient treatment program, and then continuing with out-
22  patient treatment. **Exhibit 5**.

23                                          5

1   Worth noting is Ms. Gardner's mention that, "Ms. Barraza has completed her step

2   12 and continues her willingness to be at service to her peers." Not only has Ms. Barraza

3   improved herself, but she is now helping others who suffer from substance abuse as well.

4   I. Employment

5   While being a mom, participating in mental health treatment, participating in

6   substance abuse treatment, and dealing with the stress of a very serious federal case, Ms.

7   Barraza was also working fulltime. The attached letter from her employer shows that Ms.

8   Barraza is a hard worker and an asset to the company. **Exhibit 6**.

9   **IV.    Request for Variance**

10   Pursuant to the stipulations in the plea agreement, Defense may ask for a

11   a variance if Ms. Barraza is safety valve-eligible. Given the tremendous mitigation

12   outlined above, undersigned counsel requests that this Honorable Court sentence Ms.

13   Barazza to no time in the Bureau of Prisons. A prison sentence would only hinder and

14   harm the amazing improvement(s) Ms. Barraza has made. It would separate her from her

15   children, and the family who has stood by her. Ms. Barraza has gone above and beyond

16   that of an ordinarily situated defendant in a federal case. Her dedication to self-

17   improvement is admirable. Ms. Barraza did everything possible to prove herself to Court

18   and counsel since her arrest.

19   Undersigned counsel understands such a request is a lot to ask. If this Honorable

20   Court feels that no time would be impossible, then perhaps an absolute minimum

21   sentence of a few months could be imposed.

22

23   6

1  **V.    Conclusion**

2      Defendant comes before this Court begging for leniency. Ms. Barraza is grateful to

3  the United States Government for offering this plea, as it affords her an opportunity to

4  request a variance from the guidelines. The Defendant is remorseful for her actions. Ms.

5  Barraza requests that this Honorable Court consider the above when handing down

6  sentence.

7      RESPECTFULLY SUBMITTED this 5th day of March, 2021.

8                                      By */s/ David K. Le Lievre*
                                       David K. Le Lievre
9                                      2 North Central Avenue, 26th Floor
                                       Phoenix, Arizona 85004
10                                     Attorney for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23                                     7

1

Certificate of Service:

2   I hereby certify that on <u>March 5th, 2021</u>, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
3   Notice of Electronic Filing to the following CM/ECF registrants:

4   Assistant U. S. Attorney, *U.S. Attorney's Office*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

# EXHIBIT 1

Your Honor,

Hello I am writing this letter in reference to Ana who is my niece in law I have known Ana for about 6 years. She is a mother to two beautiful baby girls Gigi who is about to be 4 months and Daisy who is 5 she is the sole provider for these girls ,Ana has grown so much and will continue to be successful as long as she is given that chance to be home to work and provide for her family. Ana is a person of good moral character. I realize that might seem hard to believe given the circumstances but its true nonetheless, I'd like to give you a perspective that she is not the person of her actions on that day. In the past 5 months Ana has lost the father to her daughter in a tragic accident. She has managed to maintain this case the lost of her boyfriend and work to provide for her girls. I urge leniency in the sentencing of my niece.

Sincerely

Samantha Valdez
602-459-1866

February 22, 2021

Frances Cardenas

6 S 30th Dr.

Phx, Az. 85009

RE: Ana Barraza

09/04/1989

To the Honorable Judge

Dear Judge,

My name is Frances Cardenas, born and raised in Phoenix, Az. I am writing you this letter on behalf of Ana Barraza. I have known Ana since she was 12 years old, she was a very enthusiastic and spontaneous little girl with a huge love for basketball. I have had the opportunity to see Ana grow into the young lady she is now, a mother of two beautiful little girls who she cares for by herself due to the unfortunate loss of her child's father. Ana continues to remain strong for her children even in this tough trial moment she is currently enduring. I am proud to say Ana is doing well, as she also plays a big role in assisting in the care of her grandmother, Aurelia Barraza, who is currently 84 years old, and has a strong and healthy relationship with her. Ana also helps her mother in caring for both her nephew and niece, and aside to her own employment with her job Ana helps me in my catering business when an extra hand is in need.

I ask you Your Honor to please consider a lenient sentencing for Ana Barraza, and I would like to thank you for taking the time from your busy schedule to read my letter.

Sincerely,

Frances Cardenas

602-435-4806

Dear Judge,

I am writing this letter on behalf of Ana Barraza. I want to bring to your light the kind of person that she is despite the mistake she had made in July of 2019. I have known Ana for about 5 years, Ana is a hardworking, and dependable woman. She is also a very good mother to her 2 daughters Daisy and Giana, in addition to being a single mother Ana financially supports her 2 children without any help. Ana works full time for a good company. She has great communication skills and I have always been impressed with how smart minded she is. Ana is the type of person who keeps to herself but still shows compassionate towards other people. Ana has a large support system in me, my entire family, and her family. We will be there for Ana and her daughters no matter what this situation brings. As for me and my family we are honored to have Ana and her daughters in our family and in our lives.

Sabrina Valdez

623-219-9641

Dear Judge,

I Teresa Barraza am writing this letter on behalf of my niece Ana Barraza. Ana and I share a close bond since the day she was born. Ana is like the daughter or little sister I never had, I helped with Ana upraising, as a child and teenager.

Ana has always been a respectful, caring, and loving as a child and as a young woman; Ana has lived with me in the past and has helped me with the care of a disabled child, who I have guardianship of. I am aware of Ana's short comings, and I believe that Ana has learned and will continue to peruse the right path's in life, and continue to make the correct decisions, because she also has an unattachable loving bond between her daughter's.

It is my sincere hope that u will take into consideration that Ana is well loved, and needed ,Ana is depended on by her two daughters , mother, grandmother and myself.

Despite the current situation I believe Ana to be a strong, honorable individual and a great value to my entire family and a good human being of very strong moral family values thank you

Sincerely

Teresa Barraza

602-518-6078

Teresa Barraza

# EXHIBIT 2
















# EXHIBIT 3



**SOUTHWEST**
BEHAVIORAL & HEALTH SERVICES

Re: Ana Barraza

January 9th, 2021

To Whom It May Concern,

My name is Dominic Miller and I serve in the capacity at Southwest Behavioral and Health Services (SBH) as Vice President of Outpatient Services and Licensed Behavioral Health Professional/Therapist. I have been working in the mental health field for over 10 years and have provided therapy to individuals involved with Federal Pre-trial and Probation programs for over 3 years. I specialize in substance use treatment for those involved in the criminal justice system. I am very familiar with the requirements of individuals on U.S. Pre-trial Status.

Ana Barraza has participated in services at SBH since her enrollment date of August 26th, 2019. She has been assigned to my caseload for individual mental health therapy since her initial enrollment. Therapy sessions have occurred on a bi-weekly to monthly basis over the course of treatment. She has completed a mental health assessment, treatment plan, and safety plan to support her in maintaining established treatment goals. She has also received a psychiatric evaluation, nursing assessment, psychiatric medication, and most recently participated in our Intensive Outpatient Substance Abuse program. To my knowledge, she has remained in compliance with all Pre-trial terms.

Ana's main focus is to be a supportive and independent mother while maintaining gainful employment and sobriety. To my knowledge, she has maintained those goals.

This letter attests to Ana's participation to her treatment program at SBH and significant progress in the community.

Sincerely,

Dominic Miller, LMSW, MPA

# EXHIBIT 4



Ms. Jenna Gardner, BHT
The Crossroads, Inc.
1632 East Flower Street
Phoenix, Arizona 85016

To Whom This May Concern,

I am writing this letter on behalf of Ms. Ana A. Barraza. Ms. Barraza has been in treatment here at Crossroads Inc. since 08/07/2019. Ana has continuously shown an immense amount of growth within her 120 days of stay. I myself have had the pleasure of watching Ana grow not only within the program but as a woman of worth. Each day Ana made sure she was on time and prepared for each workshop we provided as well as group. Ana has showed that she has the desire to succeed in our program by maintaining her sobriety, attending substance abuse treatment classes and groups, and working with her sponsor to complete the 12 step program. Ms. Barraza has completed her step 12 and continues her willingness to be at service to her peers in order for her to live a life free of drugs and alcohol.

Our program of 120 days is designed to help those who are willing to help themselves and Ms. Barraza has shown a great desire to help herself. While residing here at Crossroads, Ana has participated daily in our program of recovery.

Our program curriculum of the following:

- Being sponsored and work 1 step per week
- Four weeks of Big Book Workshop (short course into "working the step")
- Four weeks of Cognitive Reconditioning (Anger Management)
- Four weeks of Debt Management
- Four weeks of Life skills
- Three weeks of Relapse Prevention
- 1-12 Step Meeting everyday
- 2 weekly house meetings
- Employment Specialist

- Sponsorship
- Mentorship
- Service/Volunteer
- 96 hours Cognitive Therapy

Please feel free to call me at (602)-628-2457, with any questions or concerns.

Sincerely,

Jenna A. Gardner

Crossroads, Inc.

Case Manager

1632 E. Flower St.

Phoenix, AZ 85016

# EXHIBIT 5



# THE crossroads

CHANGING LIVES ONE PERSON AT A TIME

*This Certificate is presented to*

*Ana Barraza*

*For successfully completing the Crossroads Right Track Program*

120 Days of Intensive Addiction and Substance Abuse Education

**ASHLEY HOOD, PROGRAM COORDINATOR**

**DATE: 12/06/2019**

# EXHIBIT 6



April 3rd, 2020

To Whom It May Concern:

Ana A. Barraza has been employed with VW Connect as a Receptionist/Hr. Coordinator since November 4th, 2019.

Her current rate of pay is $16.00 per hour and her overtime rate of pay is $24 per hour.

Ana has been a valuable asset to the Company from the time she was hired.

Please feel free to contact me should you have any further questions.

Sincerely,

Joy Bahn

Human Resources

4302 East Superior Drive * Phoenix, Arizona   85040
Phone: 602-412-4222    Fax: 602-426-1181

# PAY RATE INCREASE/DECREASE APPROVAL

**DATE:** 3/4/2020

**COMPANY NAME:** JNS / VW Connect

**EMPLOYEE NAME:** Ana Barraza

**DATE OF HIRE:** 11/4/2019

**PRESENT POSITION:** Receptionist / HR Coordinator

**NEW POSITION:**

**PRESENT RATE OF PAY:** 1500

**NEW RATE OF PAY:** 16.00

**EFFECTIVE DATE OF NEW RATE OF PAY:** 3/2/2020

**COMMENTS ON REASON FOR INCREASE/DECREASE:**
Proven Commitment + Determination.
Has met requirements of on-boarding/drug screening
new employees, Ordering fuel cards, DOT mailing, Supply
Orders, + Shirt Inventory + record keeping. This increase was
agreed upon when hired. Don't want her moving on due to not keeping

**MANAGEMENT/HUMAN RESOURCE COMMENTS:** my agreement

**SIGNATURES OF APPROVAL:**

**SUPERVISOR:** _Tony Sam_          **DATE:** 3/4/2020

**GEN'L/OPERATIONS. MGR:** _____          **DATE:** _____

**JUSTIN NAYLOR:** _[signature]_          **DATE:** 3/4/20